IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ACCESS HEALTH SYSTEMS | ) | CASE NO. 01-14090-MH3-7 |
| | ) | |
| Debtor(s) | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now Robert H. Waldschmidt, trustee of the above-captioned bankruptcy estate, and reports the following:

1. Ninety (90) days have passed since the final distribution was made in this case pursuant to 11 U.S.C. § 726. The trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution were issued, the amount of such checks, and the last know address of the payees are:

**NAME AND ADDRESS**          **AMOUNT**          **CLAIM NO.**

SEE ATTACHED EXHIBIT A

2. The trustee's check in the amount of $4450.11, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

DATED: 8/15/11

RESPECTFULLY SUBMITTED,

/s/ Robert H. Waldschmidt

**ROBERT H. WALDSCHMIDT**, Trustee, #4657
300 James Robertson Pkwy
Nashville, TN 37201-1107

*615-244-3370; 615-259-2179 (   )*
rhw76tr@aol.com

**Trustee:** Robert H. Waldschmidt  **Print Date:** 8/15/2011

| Date | Paid To / Received From | Tran. Type | Check / Ref. Number | Amount |
|---|---|---|---|---|
| **Case Number: 01-14090-MH3-7** | | | **Case Name: ACCESS HEALTH SYSTEMS INC.** | |
| **Account Number: 7184044090 (Open)** | | | | |
| 05/10/2011 | KINKO'S INC<br>1000 TOWN CTR DR 3RD FL<br>OXNARD, CA 93030-1100. | Check | 3011 | $34.84 |
| 05/10/2011 | EFT SOURCE INC<br>5000 LINBAR DR STE 230<br>NASHVILLE, TN 37211-4600. | Check | 3014 | $192.02 |
| 05/10/2011 | COGNICASE INC<br>36 LOMBARD ST 4TH FL<br>TORONTO ON, M5 2X3 | Check | 3022 | $74.77 |
| 05/10/2011 | RED SPRING COMMUNICATIONS INC<br>102 CIRCULAR ST<br>SARATOGA SPRING, NY 12866. | Check | 3024 | $171.97 |
| 05/10/2011 | VIACOM OUTDOOR, INC<br>&#037; CHEIFETZ & IANNITELLI PC<br>3238 NORTH 16TH STREET<br>PHOENIX, AZ 85016. | Check | 3025 | $162.55 |
| 05/10/2011 | WEST GROUP<br>ATTN: MICHAEL S SANDBERG<br>10400 VIKING DR STE 560<br>EDEN PRAIRIE, MN 55344. | Check | 3027 | $102.43 |
| 05/10/2011 | ADELPHIA BUSINESS SOLUTIONS<br>121 CHAMPION WAY<br>CANONSBURG, PA 15317-5817. | Check | 3033 | $72.97 |
| 05/10/2011 | HUMMINGBIRD<br>1 SPARKS AVE<br>TORONTO ONT M2H2W1<br>, CANADA | Check | 3034 | $29.26 |
| 05/10/2011 | COLEMAN, VICKEETA HALL<br>4328 CHESNEY GLEN DR<br>HERMITAGE, TN 37076-4441. | Check | 3039 | $15.44 |
| 05/10/2011 | EVANS, BERNARD F<br>147 BALLENTRAE DR<br>HENDERSONVILLE, TN 37075. | Check | 3044 | $21.94 |
| 05/10/2011 | ANDERSON, JANICE<br>349 NESBITT LANE<br>MADISON, TN 37115. | Check | 3045 | $13.98 |
| 05/10/2011 | BROWN, DAPHNE J<br>3460 DONNA KAY DR<br>NASHVILLE, TN 37211-3529. | Check | 3051 | $22.14 |
| 05/10/2011 | COLEMAN, ANGIE<br>PO BOX 83<br>CHATTANOOGA, TN 37401. | Check | 3053 | $7.32 |
| 05/10/2011 | FOUNTAIN, CYNTHIA E<br>1100 GROVE ST APT D<br>CHATTANOOGA, TN 37402-3719. | Check | 3054 | $7.32 |
| 05/10/2011 | DAVIDSON, JEREMY<br>7484 CHRISTOPHER ST<br>FAIRVIEW, TN 37062-7329. | Check | 3055 | $13.81 |

**Trustee:** Robert H. Waldschmidt  **Print Date:** 8/15/2011

| Date | Paid To / Receieved From | Tran. Type | Check / Ref. Number | Amount |
|---|---|---|---|---|
| 05/10/2011 | FOSTER, HARRIET M<br>4701 ASHEVILLE HWY APT D1<br>KNOXVILLE, TN 37914-4224. | Check | 3057 | $28.99 |
| 05/10/2011 | TRACY M GRAVELY<br>C/O CROTWELL ESQ, PATRICIA E<br>BRAUN & CROTWELL PLLC<br>501 UNION ST STE 500<br>NASHVILLE, TN 37219-1704. | Check | 3058 | $231.09 |
| 05/10/2011 | KIRK, LORRAINE<br>C/O DANNER ESQ, DAVID E<br>222 2ND AVE N STE 360M<br>NASHVILLE, TN 37201. | Check | 3061 | $13.41 |
| 05/10/2011 | SOMERSALL, ERIC A<br>C/O DANNER ESQ, DAVID E<br>222 2ND AVE N STE 360M<br>NASHVILLE, TN 37201. | Check | 3063 | $7.61 |
| 05/10/2011 | HARRISON, WILLIAM<br>C/O DANNER ESQ, DAVID E<br>222 2ND AVE N STE 360M<br>NASHVILLE, TN 37201. | Check | 3069 | $25.88 |
| 05/10/2011 | BALL, VIRGINIA D<br>C/O DANNER ESQ, DAVID E<br>222 2ND AVE N STE 360M<br>NASHVILLE, TN 37201. | Check | 3070 | $6.81 |
| 05/10/2011 | BROOKS, CHRISTOPHER H<br>1604 COMANCHE RUN<br>MADISON, TN 37115-5633. | Check | 3071 | $1,182.56 |
| 05/10/2011 | ACS HEALTHCARE SVCS<br>MUNSCH HARDT KOPF & HARR PC<br>1445 ROSS AVE STE 4000<br>DALLAS, TX 75202-2743. | Check | 3072 | $1,281.72 |
| 05/10/2011 | GRIDER, ROBERT C IV<br>C/O DANNER ESQ, DAVID E<br>222 2ND AVE N STE 360M<br>NASHVILLE, TN 37201. | Check | 3073 | $13.02 |
| 05/10/2011 | BELLSOUTH<br>REGIONAL BANKRUPTCY CENTER<br>29 EFI - 301 W BAY ST<br>JACKSONVILLE, FL 32202. | Check | 3074 | $219.83 |
| 05/10/2011 | PRIMAS, TOMIKA JONES<br>609 WOODLANDS MANOR DR<br>CEDAR HIL, TX 75104. | Check | 3080 | $19.58 |
| 05/10/2011 | KEY, ARETHA L<br>10230 TORRINGTON LN<br>HOUSTON, TX 77075. | Check | 3081 | $19.58 |
| 05/10/2011 | D A ANDERSON & ASSOC LLC<br>1039 BOSTON RDG<br>WOODSTOCK, GA 30189-3562. | Check | 3082 | $442.65 |
| 05/10/2011 | MCCORD-OFFUTT, MARVA D<br>680 ROWAN DR<br>NASHVILLE, TN 37207-3535. | Check | 3083 | $9.48 |

OUTSTANDING TRANSACTION REPORT

Trustee: Robert H. Waldschmidt    Print Date: 8/15/2011

| Date | Paid To / Receieved From | Tran. Type | Check / Ref. Number | Amount |
|---|---|---|---|---|
| 05/10/2011 | BROWNLOW, ANGLIE<br>1413 OAKLAND ACRES DRIVE<br>MADISON, TN 37115. | Check | 3086 | $5.14 |
| | | | Account Total: | $4,450.11 |
| | | | Total Checks: | $4,450.11 |